# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Enterprise Financial Services Group, :
       Petitioner :
          :
   v.        :
          :
Workers' Compensation Appeal Board :
(Kunkle),        :
       Respondent :  No. 371 C.D. 2015

## **O R D E R**

NOW, February 4, 2016, upon consideration of petitioner's "request for reargument" and respondent's answer in response thereto, the application is denied.

             MARY HANNAH LEAVITT,
             President Judge